IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DUANE W. JAMES,

    Petitioner,                    No. CIV S-10-3425 EFB P

    vs.

STATE OF CALIFORNIA PAROLE BOARD,

    Respondent.                ORDER

        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On January 27, 2011, petitioner requested an extension of time to file a response to the January 5, 2011, order. *See* Fed. R. Civ. P. 6(b).

        Petitioner has also requested that the court appoint counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). The court may appoint counsel at any stage of the proceedings "if the interests of justice so require." *See* 18 U.S.C. § 3006A; see also, Rule 8(c), Rules Governing Section 2254 Cases. The court does not find that the interests of justice would be served by the appointment of counsel at this stage of the proceedings.

////

////

1

Accordingly, it is ORDERED that:

1. Petitioner's January 27, 2011, request for an extension of time is granted and petitioner has 30 days from the date this order is served to file and serve a response to the January 5, 2011, order; and

2. Petitioner's January 27, 2011, request for appointment of counsel is denied without prejudice.

DATED: February 2, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE